UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SHELLY MAYDEN, Plaintiff | ) |
| v. | ) CIVIL NO. 2:07 cv 311 |
| SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC., Defendant | ) |

VERDICT FORM A

**WE, THE JURY**, find in favor of the defendant, Superior Air-Ground Ambulance Service, Inc. and against the plaintiff, Shelly Mayden.

10-15-2009
DATE

/s/ FOREPERSON
FOREMAN

MAYVERD1